UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN H. MORGAN,<br><br>        Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | CASE NO. 2:22-CV-656-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 16, 2022 |

    The District Court has referred this action to United States Magistrate Judge David W. Christel. On May 13, 2022, Petitioner Erin H. Morgan filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Dkt. 1-1.

    After screening the Amended Petition pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court concluded the Amended Petition did not comply with the Rules Governing Section 2254 Cases as Petitioner failed to state the officer who has custody over Petitioner and failed to sign the Amended Petition under penalty of perjury. Dkt. 9. The Court ordered Petitioner to file an amended petition correcting the identified deficiencies on or before August

12, 2022. *Id*. The Court warned Petitioner that if he failed to adequately respond to the Court's Order, the Court could recommend dismissal of this action. *Id*. at 3.

Petitioner has failed to comply with the Court's Order. He has not responded to the Court's Order and has not filed an amended petition to correct the deficiencies contained within the Amended Petition. As Petitioner has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on September 16, 2022, as noted in the caption.

Dated this 26th day of August, 2022.

David W. Christel
United States Magistrate Judge