UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN H. MORGAN,<br><br>       Petitioner,<br>  v.<br><br>STATE OF WASHINGTON,<br>       Respondent. | No. 2:22-cv-656-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 10).

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 23rd day of September, 2022.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1